**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov 

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 330 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

July 1, 2022

Terrance Hall
P.O Box 845
White Cloud, MI 49349

    Re: RESPONSE FROM CLERK – Name Search

Dear Mr. Hall :

    The Clerk's Office is in receipt of your letter dated June 23, 2022, requesting a name search for Terrance Hall. That name is not located in our system.

                                            Sincerely,

                                            CLERK OF COURT

                                            /s/ J. Morse

                                            By: Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN N.W.
GRAND RAPIDS, MICHIGAN 49503-2363

OFFICIAL BUSINESS

GRAND RAPIDS MI 493 neopost
1 JUL 2022 PM 2 L
07/01/2022
US POSTAGE $00.53⁰

FIRST-CLASS MAIL

ZIP 49503
041L11246824



Terrance Hall
PO Box 845
White Cloud, MI 49349

NEWAYGO COUNTY
JUL 06 2022
JAIL

NIXIE        482  DE 1         0007/11/22
         RETURN TO SENDER
              REFUSED
         UNABLE TO FORWARD

REF  BC: 49503231799      *1264-09925-01-44
49349-084545